**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**RONALD G. LOEBER, WILLIAM E. BOMBARD,**
**WILLIAM A. GAGE, JOHN-JOSEPH FORJONE,**
**H. WILLIAM VAN ALLEN, FAIRLENE G.**
**RABENDA, ROY-PIERRE DETIEGE-CORMIER,**
**RONALD E. SACOFF, GABRIEL RASSANO,**
**EDWARD M. PERSON, JR., CHRISTOPHER**
**EARL STRUNK, and AD HOC NEW YORK**
**STATE CITIZENS FOR CONSTITUTIONAL**
**LEGISLATIVE REDISTRICTING,**

                             **Plaintiffs,**

                 **v.**                                    **1:04-CV-1193**
                                                           **(LEK/RFT)**

**THOMAS J. SPARGO, individually and as**
**Justice of the NYS Supreme Court; JOSEPH**
**L. BRUNO; 61 JOHN AND JANE DOE**
**NYS SENATORS, all individually and as state**
**senators past and present; SHELDON SILVER;**
**149 JOHN AND JANE DOE NYS ASSEMBLY**
**MEMBERS, all individually and as past and**
**present; GEORGE E. PATAKI, individually**
**and as NYS Governor; RANDY A. DANIELS,**
**NYS Secretary of State with authority and**
**repository for corporations and unincorporated**
**associations service; ELIOT SPITZER, per**
**CPLR 1012, New York State Attorney General;**
**NATIONAL ASSOCIATION OF SECRETARIES**
**OF STATE "NASS"; LESLIE REYNOLDS,**
**Executive Director for the Executive Committee;**
**PETER KOSINSKI, individually and in his official**
**capacity at the NASS; and JOHN ASHCROFT, per**
**28 USC 2403, the United States Attorney General,**

                             **Defendants.**
_____

**APPEARANCES**                                    OF COUNSEL

**RONALD G. LOEBER**
Altamont, New York 12009
Plaintiff *pro se*

**WILLIAM E. BOMBARD**
Glens Falls, New York 12801
Plaintiff *pro se*

**WILLIAM A. GAGE**
Hampton, New York 12837
Plaintiff *pro se*

**JOHN-JOSEPH FORJONE**
Clarendon, New York 14429
Plaintiff *pro se*

**H. WILLIAM VAN ALLEN**
Hurley, New York 12443
Plaintiff *pro se*

**FAIRLENE G. RABENDA**
Poughkeepsie, New York 12603-5606
Plaintiff *pro se*

**ROY-PIERRE DETIEGE-CORMIER**
Brooklyn, New York 11213
Plaintiff *pro se*

**RONALD E. SACOFF**
Staten Island, New York 10312
Plaintiff *pro se*

**GABRIEL RASSANO**
Freeport, New York 11520
Plaintiff *pro se*

**EDWARD M. PERSON, JR.**
Plaintiff *pro se*

**CHRISTOPHER EARL STRUNK**
Brooklyn, New York 11238
Plaintiff *pro se*

**SCULLIN, Chief Judge**

### AMENDED ORDER

On October 4, 2005, this Court issued an Order in which, among other things, it

instructed

> either Ms. Miller or Mr. Smirlock or another attorney in their
> Office . . . [to] either file a Notice of Appeal on behalf of
> Defendants within **FIFTEEN DAYS** of this Order if they intend
> to represent Defendants in this action or notify the Court
> whether Defendants will be proceeding *pro se* or whether they will
> be represented by other counsel.

*See* October 4, 2005 Order at 6.

Subsequently, it was brought to the Court's attention that there is an obvious

typographical error in the above-cited paragraph. The Court's intent was for either Ms. Miller or

Mr. Smirlock or another attorney in their Office to file a "Notice of Appearance" **not** a "Notice of

Appeal." Accordingly, the Court hereby

**ORDERS** that the above-cited paragraph is **AMENDED** to read as follows:

> **ORDERS** that either Ms. Miller or Mr. Smirlock or another
> attorney in their Office shall either file a Notice of Appearance on
> behalf of Defendants within **FIFTEEN DAYS** of this Order if they
> intend to continue to represent Defendants in this action or notify
> the Court whether Defendants will be proceeding *pro se* or whether
> they will be represented by other counsel.

and the Court further

-3-

**ORDERS** that, in light of this Amended Order, Defendants' counsel is hereby

**GRANTED** a **FIFTEEN DAY** extension of time in which to comply with the Court's

instructions in the above-cited paragraph.

**IT IS SO ORDERED.**

Dated: October 17, 2005
        Syracuse, New York

_____
Frederick J. Scullin, Jr.
Chief United States District Court Judge