IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| RONALD G. LOEBER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:04cv1193 (LEK/RFT) |
| | ) | |
| THOMAS J. SPARGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>NOTICE OF MOTION</u>

**PLEASE TAKE NOTICE**, that, upon the annexed memorandum of law, dated February 10, 2006, and upon all the pleadings and papers submitted and proceedings had thus far, defendants Alberto Gonzales, Attorney General of the United States, the United States Election Assistance Commission, and Thomas R. Wilkey, as Executive Director of the EAC, will move the Honorable Lawrence E. Kahn, United States District Judge, at the James T. Foley U.S. Courthouse, 445 Broadway, Room 424, Albany, New York, 12207, on March 17, 2006, at 9:30 a.m. in the forenoon, or as soon thereafter as counsel may be heard, for an Order, dismissing the amended complaint in so far as it seeks to bring claims against them and insofar as it seeks to challenge the constitutionality of the Help America Vote Act, Pub. L. No. 107-252, 116 Stat. 1666, 42 U.S.C. 15301-15545 (2002) ("HAVA"), pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted and pursuant to  Fed. R. Civ. P. 12(b)(1), for lack of jurisdiction over the subject matter based on plaintiffs' lack of standing.

Date: February 10, 2006

Respectfully submitted,

GLENN T. SUDDABY                            WAN J. KIM
United States Attorney                      Assistant Attorney General
                                            Civil Rights Division

                                            JOHN K. TANNER
                                            Chief, Voting Section

     /s/                                         /s/
_____        _____
BARBARA D. COTTRELL                    T. CHRISTIAN HERREN JR
Assistant United States Attorney       chris.herren@usdoj.gov
James T. Foley U.S. Courthouse         ROBERT POPPER
445 Broadway, Room 218                 robert.popper@usdoj.gov
Albany, NY 12207-2924                  Attorneys, Voting Section
(518) 431-0247 (telephone)             Civil Rights Division
(518) 431-0429 (facsimile)             U.S. Department of Justice
Bar Roll No. 101411                    Room 7254--NWB
                                       950 Pennsylvania Avenue, NW
                                       Washington, DC  20530
                                       (800) 253-3931 (telephone)
                                       (202) 307-3961 (facsimile)