U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

FEB 27 2006

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK LAWRENCE K. BAERMAN, CLERK 04-cv-1193
------------------------------------------------------------ALBANY x
                                                            (LEK/RFT)

LOEBER et.al.
                                         Plaintiffs}

v.

SPARGO et.al..
                                         Defendants.
--------------------------------------------------------------------------x

**PLAINTIFFS' NOTICE OF CROSS MOTION FOR CHANGE OF VENUE TO JURISDICTION OF WDNY 06-CV-00080 CASE FORJONE et.al. V. CALIFORNIA et.al. in RESPONSE IN OPPOSITION TO THE MOTIONS TO DISMISS THE AMENDED COMPLAINT BY THE U.S. DEPARTMENT OF JUSTICE and DEFENDANTS MAYOR MICHAEL BLOOMBERG AND THE CITY OF NEW YORK ABSENT ESSENTIAL MUNICIPAL PARTIES**

**PLEASE TAKE NOTICE,** pursuant to Local Rule 7.1, Fed. R. Civ. P. 19(a), in response to the Motions to Dismiss the Amended Complaint by the U.S. Department of Justice, and Defendants Mayor Michael Bloomberg and the city of New York absent essential parties to this case herein, with Plaintiffs response due February 28, 2006 and March 21, 2006 and with return date of March 17, 2006 and April 6, 2006 respectively and with DOJ reply date March 6th 2006 and NYC reply date March 27, 2006, based upon the supporting affidavit of Plaintiff H. William Van Allen and Declarations of John Joseph Forjone and Christopher Earl Strunk endorsed February 27, 2006 with exhibits attached movants as of right urge this Court to grant a change of Venue to the Western District of New York in Case Forjone et.al. v. California et.al. 06-cv-00080 before the Honorable Chief Judge Richard J. Arcara as against the Federal Defendants, States of the several states as effects the state of New York sub-divisions with bottom-up suffrage under the *False Claims Act*, and that Plaintiffs are deserving of further and different relief as the Court deems proper herein including 28 USC 455 recusal in lieu of Venue change.

Please take notice pursuant to LR 7.1 that Plaintiffs intend to file and serve reply papers, and therefore the opposing party, if any, is required to file and serve allowing 5 days before the March 17, 2006 return date.

_____
JOHN JOSEPH FORJONE Co-chairman

_____
CHRISTOPHER EARL STRUNK Co-chairman

*The AD HOC New York State Citizens for Constitutional Legislative Redistricting*
351 North Road Hurley, NY 12443 and c/o EMAIL: nyspeoplenationwide@yahoo.com

Attachments for service upon Defendants by email electronic service:

**WAN J. KIM** Assistant Attorney General Civil Rights Division JOHN K. TANNER Chief, Voting Section by T. CHRISTIAN HERREN JR Email; chris.herren@usdoj.gov, ROBERT POPPER Email: robert.popper@usdoj.gov, Attorneys, Voting Section Civil Rights Division U.S. Department of Justice Room 7254—NWB 950 Pennsylvania Avenue, NW Washington, DC 20530 (800) 253-3931 (telephone) (202) 307-3961 (fax)

**BARBARA D. COTTRELL** Assistant United States Attorney James T. Foley U.S. Courthouse 445 Broadway, Room 218 Albany, NY 12207-2924 (518) 431-0247 (phone) 431-0429 (fax) Email: **Barbara.Cottrell@usdoj.gov**

**Anthony Giardina** New York City Law Department - Kingston P.O. Box 1277 Kingston, NY 12402 US 845-340-7559 Fax: 845-340-7564 Email: agiardin@law.nyc.gov

**Jeffrey M. Dvorin** Office of Attorney General - Albany The Capitol Albany, NY 12224 518-474-4441 Fax: Fax 518-473-1572 Email: jeffrey.dvorin@oag.state.ny.us

**Todd D. Valentine** New York State Board of Elections 40 Steuben Street Albany, NY 12207-1650 518-474-6367 Fax: 518-486-4546 Email: tvalentine@elections.state.ny.us

**James E. Long** Office of James E. Long 668 Central Avenue Albany, NY 12206 518-458-2444 Fax: 518-458-2448 Email: JLong001@nycap.rr.com

**James E. Konstanty** Konstanty Law Office 252 Main Street Oneonta, NY 13820 607-432-2245 Fax: 607-432-4337 Email: **jek@konstantylaw.com**

Attachments for service by email electronic service upon:

**Loeber v. Spargo, NDNY 04-cv-1193 Plaintiffs**: "Burr Deitz (E-mail)" <Bvdeitz@aol.com>, "Christopher Strunk (E-mail)" <uncasvotes2@yahoo.com>, "Edward M. Persons (E-mail)" <raptorprimo2002ad@yahoo.com>, "Fairlene G. Rabenda (E-mail)" <frabenda@optonline.net>, "Gabriel Razzano (E-mail)" <captgabe1@yahoo.com>, "H. William Van Allen (E-mail)" <HVanAllen@hvc.rr.com>, "John-Joseph Forjone (E-mail)" <lynneforjone1835@msn.com>, "Ronald E. Sacoff (E-mail)" <rsaxpress@aol.com>, "Ronald G. Loeber (E-mail)" <valortoo@capital.net>, "Roy-Pierre Detiege (E-mail)" <rpdetiegecormier@yahoo.com>, "William A. Gage (E-mail)" <gageserve@hotmail.com>, "William E. Bombard (E-mail)" <Bbglensfalls@aol.com>

**Forjone v. California WDNY 06-cv-0080 Plaintiffs**: <nyspeoplenationwide@yahoo.com>, "captgabe1@yahoo.com"<captgabe1@yahoo.com>, "medicaidtaxlevy@yahoo.com"<medicaidtaxlevy@yahoo.com>, "raptorprimo2004ad@yahoo.com" <raptorprimo2004ad@yahoo.com>, "uncasvotes2@yahoo.com" <uncasvotes2@yahoo.com>, "valortoo" <valortoo@capital.net>, <dandelplatojr@yahoo.com>, "Wayne Mack"waynealanmack@yahoo.com

Attached:
- Pro Se Plaintiffs' Law Memorandum in Response in Opposition to the U.S. DOJ, Mayor Michael Bloomberg and the city of New York, Defendants' Motion to Dismiss the Amended Complaint
- Van Allen Affidavit In Response and Support of Plaintiffs' Notice of Cross Motion for Change of Venue to Jurisdiction of WDNY 06-Cv-00080 Case Forjone et.al. v. California et.al. in Response to the Motions to Dismiss the Amended Complaint by the U.S. Department of Justice and Defendants Mayor Michael Bloomberg and the city of New York absent Essential Municipal Parties
- Strunk Declaration in Response and Support of Plaintiffs' Notice of Cross Motion for Change of Venue to Jurisdiction of WDNY 06-Cv-00080 Case Forjone et.al. v. California et.al. in Response to the Motion to Dismiss the Amended Complaint by the U.S. Department of Justice and Defendants Mayor Michael Bloomberg and the city of New York absent Essential Municipal Parties
- Forjone Declaration in Response and Support of Plaintiffs' Notice Of Cross Motion for Change of Venue to Jurisdiction of WDNY 06-Cv-00080 Case Forjone et.al. v. California et.al. In Response to the Motion to Dismiss the Amended Complaint by the U.S. Department of Justice and Defendants Mayor Michael Bloomberg and the city of New York absent Essential Municipal Parties
- EXHIBITS A thru O.